ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS MUEHLECK
LORETTA SHEEHAN
Assistant U.S. Attorneys
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00245(12) DAE |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| v. | ) | [21 U.S.C. § 846] |
| | ) | |
| COURSEN REED HOKE, (12), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INFORMATION

The United States Attorney charges that:

Beginning on or about January 1, 1999, and continuing through on or about June 14, 2000, in the District of Hawaii and elsewhere, defendant COURSEN REED HOKE, did conspire together with persons known to the United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

substance, all in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

DATED: December 6, 2001, Honolulu, Hawaii.

                                   *[signature]*
for                               ELLIOT ENOKI
                                   United States Attorney
                                   District of Hawaii


                                   *[signature]*
                                   THOMAS MUEHLECK
                                   Assistant U.S. Attorney


                                   *[signature]*
                                   LORETTA SHEEHAN
                                   Assistant U.S. Attorney


United States v. Coursen Reed Hoke,
CR. NO. 00-00245 (12) DAE

Information